UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VINCENT EDWARD CROSSLEY,

       Petitioner,

Case No. 1:07-CV-518

v.

HON. GORDON J. QUIST

THOMAS K. BELL,

       Respondent.
_____/

## ORDER
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on March 1, 2010. The Report and Recommendation was duly served on Petitioner on March 2, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 1, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DISMISSED WITH PREJUDICE**.

This case is **concluded**.


Dated: March 29, 2010
                                   /s/ Gordon J. Quist
                                   GORDON J. QUIST
                                   UNITED STATES DISTRICT JUDGE